IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 60

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL DEAN BYERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion for Detention Hearing (Doc. 68).

As the Motion is not dispositive, the Local Rules permit, but do not require, a response by the Government. The undersigned, however, finds that a written response by the Government may assist with the decisional process.

Accordingly, the Government is **DIRECTED** to file a response to Defendant's Motion for Detention Hearing (Doc. 68).

Signed: August 19, 2019

W. Carleton Metcalf
United States Magistrate Judge